SPENCER P. HUGRET (SBN: 240424)
shugret@grsm.com
KATHERINE P. VILCHEZ (SBN: 212179)
kvilchez@grsm.com
TRINA CLAYTON (SBN: 204215)
tclayton@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 875-3193
Facsimile: (415) 986-8054

Attorneys for Defendant
FORD MOTOR COMPANY

ERIKA KAVICKY (SBN: 225052)
Email: Erika.calemons@gmail.com
KAUFMAN & KAVICKY, LLP
140 Third Street
Los Altos, CA 94022
Tel: (408) 727-8882
Fax: (408) 727-8883

Attorneys For Plaintiff,
VERNON WILLIAMS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON WILLIAMS, an individual,<br><br>　　　　　　　　Plaintiff<br><br>　vs.<br><br>FORD MOTOR COMPANY; and DOES 1 through 20, inclusive<br><br>　　　　　　　　Defendants. | Case No. 3:24-cv-00048-WHO<br><br>**STIPULATION TO REMAND REMOVED ACTION; ORDER THEREON** |

**TO THE HONORABLE COURT:**

IT IS HEREBY STIPULATED by and between Plaintiff VERNON WILLIAMS ("Plaintiff") and Defendant FORD MOTOR COMPANY ("Ford" or "Defendant"), collectively ("the Parties"), by an through their respective counsel of record, as follows:

WHEREAS, on August 28, 2023, Plaintiff filed an action against Ford in the Alameda County Superior Court, asserting two causes of action for violation of California's Song-Beverly Consumer Warranty Act ("Song-Beverly Act") for breaches of express and implied warranties, based on his purchase of a 2022 Ford F-150, VIN: 1FTFW1ED0NFA16973 ("Subject Vehicle");

WHEREAS, on January 3, 2024 FORD filed its Notice of Removal to the United States District Court for the Northern District of California pursuant to 28 U.S.C. Sections 1332, 1441, and 1446, based on diversity jurisdiction;

WHEREAS, the Parties have met and conferred and to have jointly agreed that this matter should be remanded to the Alameda County Superior Court;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED to, by and between Plaintiff and Ford through their undersigned counsel, that this Action  be remanded to Alameda County Superior Court.

Dated: February 2, 2024        GORDON REES SCULLY MANSUKHANI, LLP

                               By:  /s/ *Trina M. Clayton*
                                    Spencer P. Hugret
                                    Katherine P. Vilchez
                                    Trina M, Clayton
                                    Attorneys for Defendant
                                    FORD MOTOR
                                    COMPANY

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

| | |
|---|---|
| Dated: February 2, 2024 | KAUFMAN & KAVICKY |
| | By: */s/ Erika Kavicky* |
| | Isaac Agyeman |
| | Erika Kavicky |
| | Attorneys for Plaintiff |
| | VERNON WILLIAMS |

### **ATTESTION**

Pursuant to Local Rule 5-4.3.4, I, Trina M. Clayton, attest that all other signatories listed above, and on whose behalf the filing is submitted, concur in the filing's contest and have authorized the filing.

| | |
|---|---|
| Dated: February 2, 2024 | By: */s/ Trina M. Clayton* |
| | Trina M. Clayton |

**ORDER**

On February 2, 2024, the Parties to the above-referenced action filed a Stipulation to Remand Removed Action. The Court, having reviewed that stipulation and for good cause appearing, orders as follows:

1. The Parties' Stipulation is approved;

2. Northern District of California case number 3:24-cv-00048-WHO, WILLIAMS v. FORD MOTOR COMPANY, is hereby remanded to Alameda County Superior Court.

IT IS SO ORDERED.

Dated:  February 5, 2024   

HON. WILLIAM H. ORRICK